IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel*. WJFE LLC., <br><br> Plaintiff, <br> v. <br><br> FERRING PHARMACEUTICALS, INC. and FERRING INTERNATIONAL PHARMASCIENCE CENTER, U.S., INC., <br><br> Defendants. | Civil Case No. 3:12-CV-00542 <br><br> Judge Sharp <br> Magistrate Judge Knowles |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The present action was filed under the qui tam provisions of the False Claims Act, 31 U.S.C. § 3729 *et seq.*, by Relator WJFE LLC ("Relator") against Ferring Pharmaceuticals, Inc. and Ferring International PharmaScience Center, U.S., Inc.. ("Defendants") (collectively, the "Parties").  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order dismissing with prejudice all claims asserted by Relator on behalf of itself, its members, the United States and the Plaintiff States against the Defendants in this action; provided, however, that dismissal with respect to the United States and the Plaintiff States shall be without prejudice.  The United States and Plaintiff States, which elected not to intervene in this action, have represented to the Parties that they consent to the dismissal of this action with prejudice as to the Relator and its members, and without prejudice as to the United States and the Plaintiff States.  The Parties request that, pursuant to 31 U.S.C. § 3730(b)(1), the Court permit time for the United States and the Plaintiff States to file their written consent to dismissal.

The Parties respectfully request that, after the United States and Plaintiff States file their written consent to the dismissal, the Court enter an order in the form of the proposed order being submitted to today.

September 4, 2014                                     Respectfully submitted,

| **ATTORNEYS FOR RELATOR** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| /s/ David W. Garrison | /s/ Brian D. Roark |
| David W. Garrison | Brian D. Roark |
| Scott P. Tift | John Kelly (pro hac vice) |
| BARRETT JOHNSTON, LLC | John C. Eason |
| Bank of America Plaza | BASS, BERRY & SIMS PLC |
| 414 Union Street, Suite 900 | 150 Third Ave. South, Ste. 2800 |
| Nashville, TN 37219 | Nashville, Tennessee 37201-3001 |
| Telephone: (615) 244-2202 | Telephone: (615) 742-6200 |
| Facsimile: (615) 252-3798 | Facsimile: (615) 742-0442 |
| dgarrison@barrettjohnston.com | broark@bassberry.com |
| stift@barrettjohnston.com | jkelly@bassberry.com |
|  | jeason@bassberry.com |
| Stephen A. Weiss |  |
| Eric H. Jaso |  |
| James A. O'Brien III | Kirk Ogrosky (pro hac vice) |
| SEEGER WEISS LLP | Jeffrey L. Handwerker (pro hac vice) |
| 77 Water Street | Marilyn May (pro hac vice) |
| New York, NY 10005 | Murad Hussain (pro hac vice) |
| Telephone: (212) 584-0700 | ARNOLD & PORTER, LLP |
| Facsimile: (212) 584-0799 | 555 Twelfth St., NW |
| sweiss@seegerweiss.com | Washington, DC 20004 |
| jobrien@seegerweiss.com | Telephone: (202) 942-5000 |
| ejaso@seegerweiss.com | Facsimile: (202) 942-5999 |
|  | Kirk.Ogrosky@aporter.com |
| W. Scott Simmer | Jeffrey.Handwerker@aporter.com |
| Andrew M. Miller | Marilyn.May@aporter.com |
| BLANK ROME LLP | Murad.Hussain@aporter.com |
| 600 New Hampshire Avenue N.W. |  |
| Washington, DC 20037 |  |
| Telephone: (202) 772-5800 |  |
| Facsimile: (202) 772-8432 |  |
| simmer@blankrome.com |  |
| miller-a@blankrome.com |  |

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon opposing counsel, via the Court's CM/ECF e-mail notification system, on this the 4th day of September, 2014:


| | |
|---|---|
| John-David H. Thomas<br>Assistant United States Attorney<br>United States Attorney's Office<br>110 Ninth Avenue South, Suite A961<br>Nashville, TN 37203 | W. Scott Simmer<br>Andrew M. Miller<br>Blank Rome LLP<br>600 New Hampshire Avenue N.W.<br>Washington, DC 20037 |
| Timothy P. Harlan<br>Assistant Attorney General<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202 | David W. Garrison<br>Scott P. Tift<br>Barrett Johnston, LLC<br>414 Union Street, Suite 900<br>Nashville, TN 37219 |
| Stephen A. Weiss<br>James A. O'Brien III<br>Eric H. Jaso<br>Seeger Weiss LLP<br>77 Water Street<br>New York, NY 10005 | Kirk Ogrosky<br>Jeffrey L. Handwerker<br>Marilyn May<br>Murad Hussain<br>ARNOLD & PORTER, LLP<br>555 Twelfth St., NW<br>Washington, DC 20004 |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian D. Roark*