UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| *ex rel.* JOHN DOE, | ) | |
| | ) | |
|     *Plaintiffs*, | ) | CASE NO. 3:12-cv-00542 |
| | ) | JUDGE SHARP |
| v. | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| FERRING PHARMACEUTICALS, INC. | ) | |
| and FERRING INTERNATIONAL | ) | |
| PHARMASCIENCE CENTER U.S., INC., | ) | |
| | ) | |
|     *Defendants*. | ) | |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On September 4, 2014, WJFE LLC ("Relator") and Defendants Ferring Pharmaceuticals, Inc. and Ferring International PharmaScience Center, U.S., Inc. filed a Joint Stipulation of Dismissal with Prejudice (D.E. 73). Pursuant to the False Claims Act, *qui tam* actions may not be dismissed, by motion or notice, without the written consent of the Court and the Attorney General of the United States. *See* 31 U.S.C. § 3730(b). As such, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby files this notice. The United States consents to the dismissal of this action with prejudice to Relator and without prejudice to the United States and the Plaintiff States.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

By: s/ John-David H. Thomas
JOHN-DAVID H. THOMAS, BPR #027582
Assistant U.S. Attorney
Suite A-961, 110 9th Avenue South
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151
Fax: (615) 401-6626
Email: John-David.Thomas@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice was filed with the Court's ECF system on September 4, 2014, and delivered electronically via operation thereof to the following:

| | |
|---|---|
| W. Scott Simmer<br>Andrew M. Miller<br>BLANK ROME LLP<br>600 New Hampshire Avenue N.W.<br>Washington, DC 20037<br>Telephone: (202) 772-5800<br>Facsimile: (202) 772-8432<br>simmer@blankrome.com<br>miller-a@blankrome.com | Timothy P. Harlan<br>Assistant Attorney General<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202<br>615-741-6421<br>Tim.Harlan@ag.tn.gov |
| David W. Garrison<br>Scott P. Tift<br>BARRETT JOHNSTON, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Telephone: (615) 244-2202<br>Facsimile: (615) 252-3798<br>dgarrison@barrettjohnston.com<br>stift@barrettjohnston.com | Stephen A. Weiss<br>Eric H. Jaso<br>James A. O'Brien III<br>SEEGER WEISS LLP<br>77 Water Street<br>New York, NY 10005<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>sweiss@seegerweiss.com<br>jobrien@seegerweiss.com<br>ejaso@seegerweiss.com |
| Brian D. Roark<br>John Kelly (pro hac vice)<br>John C. Eason<br>BASS, BERRY & SIMS PLC<br>150 Third Ave. South, Ste. 2800<br>Nashville, Tennessee 37201-3001<br>Telephone: (615) 742-6200<br>Facsimile: (615) 742-0442<br>broark@bassberry.com<br>jkelly@bassberry.com<br>jeason@bassberry.com | Kirk Ogrosky (pro hac vice)<br>Jeffrey L. Handwerker (pro hac vice)<br>Marilyn May (pro hac vice)<br>Murad Hussain (pro hac vice)<br>ARNOLD & PORTER, LLP<br>555 Twelfth St., NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Kirk.Ogrosky@aporter.com<br>Jeffrey.Handwerker@aporter.com<br>Marilyn.May@aporter.com<br>Murad.Hussain@aporter.com |

                                                          s/ John-David H. Thomas
                                                          JOHN-DAVID H. THOMAS