# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* WJFE LLC., | |
| Plaintiff, | Civil Case No. 3:12-CV-00542 |
| v. | Judge Sharp |
| FERRING PHARMACEUTICALS, INC. and FERRING INTERNATIONAL PHARMASCIENCE CENTER, U.S., INC., | Magistrate Judge Knowles |
| Defendants. | |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), Relator WJFE LLC ("Relator") and Defendants Ferring Pharmaceuticals, Inc. and Ferring International PharmaScience Center, U.S., Inc.. ("Defendants") (collectively, the "Parties") filed a Stipulation of Dismissal as to all claims against Defendants asserted in this civil action. Pursuant to 31 U.S.C. § 3730(b)(1), the United States and Plaintiff States, which have elected not to intervene in this action, have filed a written consent to dismissal of this action with prejudice as to the Relator and its members, and without prejudice as to the United States and the Plaintiff States. Upon due consideration of the Stipulation, the consents filed by the United States and the Plaintiff States, and the other papers on file in this action,

IT IS HEREBY ORDERED that, all claims in the action asserted by Relator shall be dismissed with prejudice as to Relator and its members, and without prejudice as to the United States and the Plaintiff States.

IT IS SO ORDERED.

_____  _____
Date                             The Honorable Kevin H. Sharp
                                 United States District Judge

APPROVED FOR ENTRY:

| **ATTORNEYS FOR RELATOR** | **ATTORNEYS FOR DEFENDANTS** |

/s/ David W. Garrison
David W. Garrison
Scott P. Tift
BARRETT JOHNSTON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

Stephen A. Weiss
Eric H. Jaso
James A. O'Brien III
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
sweiss@seegerweiss.com
jobrien@seegerweiss.com
ejaso@seegerweiss.com

W. Scott Simmer
Andrew M. Miller
BLANK ROME LLP
600 New Hampshire Avenue N.W.
Washington, DC 20037
Telephone: (202) 772-5800
Facsimile: (202) 772-8432
simmer@blankrome.com
miller-a@blankrome.com

/s/ Brian D. Roark
Brian D. Roark
John Kelly (pro hac vice)
John C. Eason
BASS, BERRY & SIMS PLC
150 Third Ave. South, Ste. 2800
Nashville, Tennessee 37201-3001
Telephone: (615) 742-6200
Facsimile: (615) 742-0442
broark@bassberry.com
jkelly@bassberry.com
jeason@bassberry.com

Kirk Ogrosky (pro hac vice)
Jeffrey L. Handwerker (pro hac vice)
Marilyn May (pro hac vice)
Murad Hussain (pro hac vice)
ARNOLD & PORTER, LLP
555 Twelfth St., NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Kirk.Ogrosky@aporter.com
Jeffrey.Handwerker@aporter.com
Marilyn.May@aporter.com
Murad.Hussain@aporter.com